# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00363-CR
## NO. 03-05-00364-CR

**Tommy Wayne Davis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NOS. D-1-DC-03-205225 & D-1-DC-04-301944
### HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Mr. James R. Smith, appellant's appointed counsel on appeal, moves to withdraw, citing his recent employment by the Texas Court of Criminal Appeals. The motion is granted. The appeals are abated and the district court is ordered to immediately appoint substitute counsel. A copy of the order of appointment shall be delivered to this Court no later than August 24, 2005.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   August 19, 2005

Do Not Publish